UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re                                              Case No.  08-20637

RICHWOOD AREA COMMUNITY HOSPITAL,    Chapter 7

                                                   Liquidation
Debtor,

**SEALED DOCUMENT**

DOCUMENT #171

MOTION TO APPROVE COMPROMISE OF CLAIM
AGAINST TRAVELERS PROPERTY CASULTY CO. OF AMERICA

SEALED BY ORDER OF 10/5/10

(LOCATED IN SEALED DOCUMENT ROOM)