UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

| | |
|---|---|
| RICHWOOD AREA COMMUNITY HOSPITAL, | Case No. 08-20637<br>Chapter 7 |
| Debtor | Liquidation |

ORDER UNSEALING DOCUMENTS

On this day the Court considered the status of the above case. The case having been adjudicated, the Court determined that and Exhibit to Document #117, sealed by an order entered November 25, 2009 and Documents #171, sealed by the Order entered on October 5, 2010, should be unsealed to permit this case to be archived in the normal manner. It is therefore

**ORDERED** that Exhibit to Document #117 and Document #171, are hereby <u>unsealed</u> and will be available as part of the electronic record of this case to the extent allowable under Bankruptcy Rule 9037, unless within fourteen (14) days of the entry of this Order a written objection is filed. It is further **ORDERED** that the original documents will be archived in the normal manner, unless the parties file a written request for the original pleading(s) to be returned to the filer within sixty (60) days of entry of this Order.

ENTERED: MAR 2 4 2014

_____
RONALD G. PEARSON, JUDGE

skh
o:\bk\forms\orders\unseal docs