Form ordcls3

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

| | |
|---|---|
| In Re: Richwood Area Community Hospital Debtor(s) | Case No.: 2:08-bk-20637<br>Chapter: 7<br>Judge: Ronald G. Pearson |

### ORDER CLOSING CASE AND RELIEVING TRUSTEE OF FURTHER DUTIES

    The Assistant United States Trustee has moved the Court to close the above-styled case and discharge the Chapter 7 Trustee from any further duties in the case.

    The Court, having inspected the final report of the Chapter 7 Trustee, agrees with the recommendation of the Assistant United States Trustee, finds that the Chapter 7 Trustee has administered or abandoned all assets of the Chapter 7 estate with the exception of having taken action with request to the name of the Debtor. There have been no parties interested in acquisition of the corporate name under which the Debtor was authorized to operate by the West Virginia Secretary of State.

    Accordingly, in order to complete administration of all assets including the name this entity was authorized by the West Virginia Secretary of State to use, it is hereby **ORDERED** that the corporate entity authorized to use the above name of the Debtor is hereby dissolved, and the West Virginia Secretary of State will be free to assign in his/her sole discretion, if requested to do so, the use of said name to any entity and by copy of this Order to the Secretary of State, is to be so advised by the Clerk of Court. It is further

    **ORDERED** that the Chapter 7 Trustee is hereby relieved from any further duties in this case and that the Clerk shall provide a copy of this Order to the West Virginia Secretary of State. It is further

    **ORDERED** that the above-styled case is closed.

Entered:    AUG 1 3 2015

                                                                                 RONALD G. PEARSON, JUDGE

